AO 91 (Rev. 11/11) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED
V 1 4 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN TEA | ) | Case No. |
| | ) | 1:19-mj-487 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 8, 2017 - June 1, 2018** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
(See attached affidavit.)

☐ Continued on the attached sheet.

SAUSA William Reed/AUSA William Fitzpatrick

*Complainant's signature*

Alyson Tobias, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Nov. 14, 2019**

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: **Alexandria, VA**

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*