# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:**

**City:**
**Superseding Indictment:**
**Criminal No.:**

**County:** Fairfax
**Same Defendant:**
**New Defendant:** x

**Magistrate Judge Case No.:** 1:19-MJ-487
**Arraignment Date:**

**Search Warrant Case No.:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** KEVIN TEA
**Alias(es):**
☐ Juvenile  **FBI No.**

**Address:** Springfield,

**Employment:**

**Birth Date:** xx/xx/1992
**SSN:** xxx-xx-8802
**Sex:** Male
**Race:**
**Nationality:**

**Place of Birth:**
**Height:**
**Weight:**
**Hair:**
**Eyes:**
**Scars/Tattoos:**

☐ **Interpreter**  **Language/Dialect:**
**Auto Description:**

## Location/Status:

**Arrest Date:**
☐ Already in Federal Custody as of:
**in:**

☐ Already in State Custody
☐ On Pretrial Release
☒ Not in Custody

☒ Arrest Warrant Requested
☐ Fugitive
☐ Summons Requested

☐ Arrest Warrant Pending
☐ Detention Sought
☐ Bond

## Defense Counsel Information:

**Name:**
☐ Court Appointed
**Counsel Conflicts:**

**Address:**
☐ Retained

**Phone:**
☐ Public Defender
☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** William Reed
**Phone:** 703-299-3966
**Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Alyson Tobias, Special Agent, United States Secret Service

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |
| Date: | | AUSA Signature: | | |

*may be continued on reverse*